**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MELECIO CARDONA,                           )    No. CV 11-1459 SVW (CW)
                                           )
                  Petitioner,              )    JUDGMENT
                                           )
            v.                             )
                                           )
WARDEN,                                    )
                                           )
                  Respondent.              )
_____)


    **IT IS ADJUDGED** that the petition is dismissed as successive.


DATED: _March 2, 2011_

_____
      STEPHEN V. WILSON
United States District Judge